AUG. 12. 2005  9:05AM    M⸍ ER AND MARTIN PLLC                        NO. 868    P. 4

05-1479-M
JUDGE JAMES
MAG. HORNSBY

**RECEIVED**

AUG 1 7 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

STATE OF LOUISIANA          PARISH OF OUACHITA    4TH JUDICIAL DISTRICT

DARRYL JOHNSON                              FILED: _____
  Plaintiff

VS. NO. _____

COCA-COLA ENTERPRISES, INC.                 BY: _____
  Defendant                                 DEPUTY CLERK OF COURT

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, DARRYL JOHNSON, and files this Original Petition against Defendant, COCA-COLA ENTERPRISES, INC., (herein after known as "COCA COLA"), and for cause of action would show the Court the following:

### PARTIES

I.

Plaintiff is an individual residing in Caldwell Parish, Louisiana.

II.

Defendant "COCA COLA" is authorized to do and doing business in the State of Louisiana, Parish of Ouachita. Defendant may be served with citation and this petition by serving its Registered Agent, Corporation Service Company, 320 Somerulos St., Baton Rouge, LA 70802-6129.

### JURISDICTION

III.

This action is brought pursuant to the Louisiana Employment Discrimination Law, La. R.S. 23:301 et. seq., and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et. seq. Specifically, this action is brought for racial discrimination pursuant to La. R.S. 23:332, and reprisal pursuant to La. R.S. 23:967; as well as the corresponding sections of Title VII of the Civil Rights Act of 1964 for both racial discrimination and retaliation.

[00016852.1.DRB]

AUG. 12. 2005  9:05AM    M'' ER AND MARTIN PLLC                    VO. 868    P. 5

## IV.

Defendant has more than 15 employees working in each of twenty or more calendar weeks in the current or preceding year. Plaintiff is an individual who was employed by Defendant from on or about June of 1999 to on or about May 26, 2004. Plaintiff was informed that he was discharged from his position with the company on May 26, 2004.

## V.

Plaintiff has complied with all necessary administrative prerequisites.

### VENUE

## VI.

This action properly lies in Ouachita Parish, Louisiana, because the unlawful employment practices occurred therein.

### FACTS

## VII.

Plaintiff was hired by Defendant in June of 1999. Plaintiff was denied a promotion in the company. The promotion was given to a non-white counterpart with little or no training for this position.

## VIII.

On or about May 24, 2004, Plaintiff complained to Ms. Barbara (Last Name Unknown), the Human Resources Director, about his denial of the promotion. Plaintiff stated to her that the reason he did not get the promotion was due to his race, a violation of the Louisiana Employment Discrimination Law. The director became angry and within 2 days, Plaintiff was terminated on trumped up charges. Plaintiff was terminated from his position as reprisal for having disclosed a workplace act that is a violation of Louisiana State Law.

### CAUSES OF ACTION

## IX.

### COUNT ONE – RACE DISCRIMINATION

Plaintiff asserts that his race was a motivating factor in Plaintiff being denied a promotion. As a direct and proximate result of Defendant's conduct set forth in the foregoing paragraphs, Plaintiff has suffered lost wages and earnings in the past; past mental anguish and emotional distress; anxiety; depression; embarrassment; damage to reputation; costs; and attorney's fees.

{00116891.1.DOC}

X.

## COUNT TWO - REPRISAL

As a direct and proximate result of Defendant's reprisal against Plaintiff set forth in paragraph VIII, Plaintiff has suffered lost wages and earnings in the past; past mental anguish and emotional distress; anxiety; depression; embarrassment; damage to reputation; costs; and attorney's fees.

XI.

Plaintiff requests trial by jury.

## RELIEF SOUGHT

XII.

WHEREFORE, Plaintiff, DARRYL JOHNSON, respectfully requests that this Honorable Court cites the Defendant to answer and appear, and upon final trial enter a judgment upon his favor and against Defendant on Plaintiff's claims of racial discrimination and reprisal and award the following:

1. A declaratory judgment that the practices complained of herein are unlawful and violated the Louisiana Employment Discrimination Law, La. R.S. 23:332 and La R.S. 23:967;

2. Compensatory damages in an amount within the jurisdictional limits of this Court;

3. Costs, including reasonable expert fees, pursuant to La. R.S. 23:303(a) of the Louisiana Employment Discrimination Law and La R.S. 23:967;

4. Attorney's fees pursuant to La. R.S. 23:303(a) and La R.S. 23:967 of the Louisiana Employment Discrimination Law;

5. Plaintiff's costs;

6. Prejudgment and post-judgment interest accruing at the maximum rate allowed by law;

7. Such other and further relief as the Court deems necessary, proper and equitable, general or specific, to which Plaintiff may show himself to be justly entitled.

Respectfully submitted,

MIXON & CARROLL, PLC

P. O. Drawer 1619
Columbia, LA 71418
(318) 649-9284

BY: _____
JAMES L. CARROLL
LSB# 28322

ATTORNEYS FOR DARRYL JOHNSON

AUG. 12. 2005  9:06AM    M'' ER AND MARTIN PLLC                      NO. 868    P. 7

**PLEASE SERVE:**

Corporation Service Company    **HOLD SERVICE**
320 Somerulos St.
Baton Rouge, LA 70802-6129

{00016892.1.RLC}

STATE OF LOUISIANA

PARISH OF OUACHITA

## VERIFICATION

Before me, the undersigned Notary, personally came and appeared **DARRYL JOHNSON**, who first being duly sworn by me deposed that he has read the above Petition and that all of the allegations of fact contained therein are true and correct.

_Darryl Johnson_
**DARRYL JOHNSON**

SWORN TO AND SUBSCRIBED before me, this _13_ day of _July_, 2005, at Columbia, Louisiana.

_Cynthia a. Carroll_
**NOTARY PUBLIC**

> CYNTHIA CARROLL
> NOTARY PUBLIC # 69091
> STATE OF LOUISIANA
> My Commission Expires with Life

AUG. 12. 2005  9:05AM    M'' ER AND MARTIN PLLC                                     NO. 868    P. 2



# CV05-1479-M

## JUDGE JAMES
Mag Hornsby

**CSC.**

CORPORATION SERVICE COMPANY

# Notice of Service of Process

**Transmittal Number: 4083279**
**Date Processed: 07/18/2005**
/ ALL

**Primary Contact:**   SOP Scan - Coca-Cola
SOP - PowerBrief - Wilmington
Sop - Scan
Suite 400 2711 Centerville Road
Wilmington, DE 19808

| | |
|---|---|
| **Entity:** | Coca-Cola Enterprises Inc.<br>Entity ID Number 1683019 |
| **Entity Served:** | Coca-Cola Enterprises, Inc. |
| **Title of Action:** | Darryl Johnson vs. Coca-Cola Enterprises, Inc. |
| **Document(s) Type:** | Petition |
| **Nature of Action:** | Discrimination |
| **Court:** | 4th JDC, Ouachita Parish , Louisiana |
| **Case Number:** | None Provided |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 07/18/2005 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Plaintiff's Attorney :** | James L. Carroll<br>318-649-9284 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC.
2711 Centerville Road   Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



AUG. 12. 2005   9:05AM    MT ER AND MARTIN PLLC                                    NO. 868    P. 3

**MC**

**MIXON & CARROLL, PLC**

JAMES E. MIXON
JAMES L. CARROLL*
*ALSO ADMITTED IN TX, NM & NY
(915) 838-0310 EL PASO VOICE
(915) 838-0311 EL PASO FAX

107 RISER STREET
P.O. DRAWER 1619
COLUMBIA, LA, 71418
P.O. BOX 962467
EL PASO, TX 79996

PHONE: (318) 649-9284
FAX: (318) 649-0277
1-800-256-0276
E-MAIL: JMixon@MixonCarroll.com
JCarroll@MixonCarroll.com

July 14, 2005

Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

VIA CERTIFIED, RETURN RECEIPT
7003   1010   0001   2738   9941

Re:    Darryl Johnson
       Vs.
       Coca-Cola Enterprises, Inc.

Greetings:

Enclosed please find a copy of the petition filed in the above referenced matter. Pursuant to Revised Statute 23:303c, this petition has not been served in that we are writing to inquire as to your desire to conciliate any differences between the Plaintiff and the Defendant. This 30 day waiting period begins upon your receipt of this correspondence. Please notify this office if you intend to take advantage of that 30 period or if you wish for us to serve the original Petition upon you through appropriate channels.

Please do not hesitate to contact me should you have any questions concerning the above.

Sincerely,
**MIXON & CARROLL, PLC**

By James L. Carroll

JLC/drb
Enclosure



W. Craig Henry
Gordon L. James
Robert M. Baldwin
Charles W. Herold III
William T. McNew
Brady D. King II
Jay P. Adams
Jan P. Christiansen
Brian P. Bowes
Stephen A. North
Mark J. Neal

**RECEIVED**
IN MONROE, LA

**AUG 1 7 2005**
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**Hudson, Potts & Bernstein** L.L.P.
Attorneys At Law
A Partnership of Professional Corporations
EST. 1875

A. Carter Mills IV
Ashley S. Burch
D. Brian Allen
A. Jill Futch
Donald H. Zeigler III
Isaac J. Natter
Johnny R. Huckabay

Of Counsel
    Jesse D. McDonald
    Robert W. Levy

*Also Admitted in Mississippi
Certified Civil and Family Law Mediator

August 17, 2005

**CV05 - 1479 - M**

JUDGE JAMES
Mag Hornsby

### *VIA HAND DELIVERY*

Ms. Debbie Dickerson
Deputy Clerk of Court
United States District Court
Western District of Louisiana
Monroe, Louisiana 71201

RE:   Darryl Johnson v. Coca-Cola Enterprises, Inc.
      (State Court Civil Docket No. 05-3174, 4th JDC, Ouachita Parish, LA.)

Dear Debbie:

    Enclosed for filing on behalf of defendant, Coca-Cola Enterprises, is a Notice of Removal with attachments.  We have enclosed a check in the amount of $250.00 to cover filing costs.  By copy of this letter, we are forwarding copies of this removal to counsel for plaintiff.

    Thank you for your kind assistance in this matter.

                              Respectfully submitted,

                              HUDSON, POTTS & BERNSTEIN, L.L.P.

                              A. Carter Mills, IV

ACM/sc
Encs.
cc:   Mr. James L. Carroll (w/encs.)
      Ms. Karen Smith (w/encs.)
      Mr. Philip B. Byrum (w/encs.)

1800 Hudson Lane, Suite 300 • P.O. Drawer 3008 • Monroe, Louisiana 71210-3008
Telephone (318) 388-4400 • Fax (318) 388-2758 • www.hpblaw.com