RECEIVED
IN MONROE, LA

AUG 1 7 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| **DARRYL JOHNSON,** ) | **CV05 - 1479 - M** |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.:** |
| ) | |
| **v.** ) | **DISTRICT JUDGE: JAMES** JUDGE JAMES |
| ) | |
| **COCA-COLA ENTERPRISES INC.,** ) | **MAGISTRATE JUDGE:** Hornsby |
| ) | |
| **Defendant.** ) | |

## NOTICE OF REMOVAL

### (IN THE FOURTH JUDICIAL DISTRICT COURT, PARISH OF OUACHITA, STATE OF LOUISIANA CIVIL SUIT NO. 05-3174)

Coca-Cola Enterprises Inc. ("CCE" or "Defendant"), pursuant to 28 U.S.C. § 1441, *et seq.*, and in accordance with Federal Rule of Civil Procedure 11, hereby files this Notice of Removal seeking to remove this action from the Fourth Judicial District Court, Parish of Ouachita, Louisiana, to the United States District Court for the Western District of Louisiana. In support of its petition, the Defendant states as follows:

1.     On or about July 13, 2005, the Plaintiff commenced this civil action by filing the attached Petition in the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana.    Notice of the filing was mailed on July 14, 2005 by certified mail letter, purportedly in accordance with and pursuant to La. R.S. 23:303(c),  attaching an unfiled copy of the petition which is styled Darryl Johnson v. Coca-Cola Enterprises, Inc.  The first notice that Defendant received of the filing of the civil action was by a letter sent by certified mail to

Defendant's registered agent for service of process in Louisiana which letter and notice was received on July 18, 2005. Copies of all process and pleadings filed in the state court and sent to Defendant by certified mail are attached hereto as Exhibit A.

2.      This Notice of Removal is based upon 28 U.S.C. § 1446(a), which provides that any civil action for which the District Court has original jurisdiction may be removed "to the District Court of the United States for the district and division embracing where such action is pending." The Defendant has timely filed this Notice of Removal within the thirty (30) days allowed under 28 U.S.C. § 1446(b), through service or otherwise. The United States District Court for the Western District of Louisiana encompasses the location of the Fourth Judicial District Court for Ouachita Parish, Louisiana.

3.      This Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331, inasmuch as the issues in this action arise under the Constitution, laws, or treaties of the United States. Specifically, the Plaintiff has alleged violations of the following federal law:

a.      The Plaintiff alleges that the Defendant violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq.,* by discriminating against him because of his race (Caucasian).

4.      This Honorable Court also has original jurisdiction pursuant to 28 U.S.C. §1332, inasmuch as the matter is a civil action between the citizens of different states and the matter in controversy exceeds the sum or value $75,000.00, exclusive of interest and costs.

a.      The Plaintiff is and was at the time of filing his Petition a resident and citizen of the State of Louisiana. The Defendant Coca-Cola Enterprises Inc. is incorporated in the State of Delaware and has it principle place of business in a state other than Louisiana. Thus, there is complete diversity of citizenship between the parties in this suit.

b.    Although the Petition as filed by the Plaintiff does not demand a specific amount of damages, the specific allegations and types of damages requested in the Petition affirmatively establish that the amount in controversy exceeds $75,000.00. Specifically, the Plaintiff seeks recovery for the following types of relief in connection with each of his two Counts: lost wages and earnings in the past; past mental anguish and emotional distress; anxiety; depression; embarrassment; damage to reputation; and attorney's fees. Notwithstanding the unspecified dollar amounts stated in the Petition, the Plaintiff's claims for damages and attorneys fees establish to a virtual legal certainty that the amount in controversy exceed $75,000.00, exclusive of interests and costs.

5.    The Defendant specifically reserves all affirmative defenses including, without limitation, all defenses specified in Rule 12(b) of the Federal Rules of Civil Procedure.

6.    Upon the filing of this Notice of Removal, the Defendant will have given written notice to Plaintiff, through his attorneys.

7.    28 U.S.C. §1441(c) provides that "[w]henever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein." Pursuant to this rule, this Court has supplemental jurisdiction under 28 U.S.C. §1441(c) over Plaintiff's claims under Louisiana state law.

8.    The Defendant files herewith as Exhibit B a copy of the Notice of Removal which was sent to the Clerk of the Fourth Judicial District Court of Ouachita Parish, Louisiana, as provided by law.

WHEREFORE, the Defendant, Coca-Cola Enterprises Inc., respectfully requests that this Court assume full jurisdiction of the above-captioned controversy now pending in the Fourth Judicial District, Ouachita Parish, Louisiana.

4

Respectfully submitted,

HUDSON, POTTS & BERNSTEIN, LLP

By: _____

A. CARTER MILLS, IV
La. Bar No. 20963
Community Trust Bank Building
1800 Hudson Lane
P.O. Box 3008
Monroe, LA  71210-3008
(318) 388-4400
(318) 322-4194 (facsimile)

MILLER & MARTIN PLLC

By: _____

KAREN M. SMITH
TN Bar No. 15042
(Motion for *Pro Hac Vice* Admission
 to be filed)
PHILIP B. BYRUM
TN Bar No. 20360
(Motion for *Pro Hac Vice* Admission
 to be filed)
1000 Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
(423) 756-6600
(423) 785-8480 (facsimile)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that an exact copy of this pleading has been served upon counsel for all parties in this action, or upon said parties themselves as required by law, by delivering a copy thereof, or by depositing a copy of the same in the United States Mail, with sufficient postage affixed thereto to ensure delivery to the following:

> James L. Carroll, Esq.
> Mixon & Carroll, PLC
> 107 Riser Street
> P.O. Drawer 1619
> Columbia, LA  71418

This _17th_ day of August, 2005.

By: _____